UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH E-MAIL ACCOUNT CYVKNIGHT@HOTMAIL.COM STORED AT PREMISES CONTROLLED BY MICROSOFT CORPORATION | Case No. 3:17MJ298<br><br>**Filed Under Seal** |

Upon motion of the United States and for the reasons set forth in the affidavit, it is hereby ORDERED that the Application, Warrant and accompanying Affidavit in the above captioned matter are hereby placed under seal.

This 25th day of August 2017.

_____
David C. Kessler
United States Magistrate Judge