UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH E-MAIL ACCOUNT CYVKNIGHT@HOTMAIL.COM STORED AT PREMISES CONTROLLED BY MICROSOFT CORPORATION | Case No. 3:17-MJ-298-DCK<br><br>**ORDER**<br><br>**UNDER SEAL** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Substitute Attachment A" (Document No. 5) filed August 28, 2017. For the reasons stated therein, it is hereby **ORDERED** that Attachment A to the documents in this case, including the Search Warrant, shall be substituted to correctly identify the email account to be searched as CYVKNIGHT@HOTMAIL.COM. The Clerk of Court is directed to amend the filed documents accordingly.

**SO ORDERED**.

Signed: August 28, 2017

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.

## ATTACHMENT A-MICROSOFT

### Property to Be Searched

This warrant applies to information associated with e-mail account, CYVKNIGHT@HOTMAIL.COM[mailto:AMEERA1US@YAHOO.COM](mailto:AMEERA1US@YAHOO.COM) that is stored at premises owned, maintained, controlled, or operated by Microsoft Corporation, a company headquartered at One Microsoft Way, Redmond, Washington 98052.